

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| CHANDRA NELSON, | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| vs. | § | |
| | § | Civil Action No. 9:19-01807-MGL |
| | § | |
| ANDREW M. SAUL, *Commissioner of the* | § | |
| *Social Security Administration*, | § | |
| Defendant. | § | |
| | § | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT

This is a Social Security appeal. Pending before the Court is Plaintiff Chandra Nelson's (Nelson) motion under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), for attorney fees in the amount of Three Thousand Eight Hundred and Forty-Seven dollars and 50/00 cents ($3,847.50) and expenses in the amount of Twenty dollars and 85/00 cents ($20.85). Defendant Andrew M. Saul (Saul) filed a response and noted he does not oppose Nelson's motion.

Having carefully considered the motion, the response, and the relevant law, it is the judgment of the Court the motion is **GRANTED**.

**IT IS SO ORDERED.**

Signed this 1st day of June 2021, in Columbia, South Carolina.

s/ Mary Geiger Lewis
MARY GEIGER LEWIS
UNITED STATES DISTRICT JUDGE